SWAN & FINCH CO. v. UNITED STATES.

(Circuit Court, S. D. New York. January 22, 1903.)

No. 3,173.

CUSTOMS DUTIES—CLASSIFICATION—REFINED WOOL GREASE.

The provision for "wool grease" in paragraph 279, Schedule G, § 1, c. 11, Tariff Act July 24, 1897, 30 Stat. 172 [U. S. Comp. St. 1901, p. 1652], includes a refined wool grease, from which the natural odor and mineral matter have been removed by a superior process, and which is commercially known as "wool grease."

On Application for Review of a Decision of the Board of United States General Appraisers.

For decision below, see G. A. 4,864 (T. D. 22,804), which affirmed the assessment of duty by the collector of customs at the port of New York.

The article in controversy was assessed with duty under the provision for rendered oil in paragraph 3, Schedule A, § 1, c. 11, Tariff Act July 24, 1897, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1627], and was claimed by the importers to be dutiable as "wool grease," under paragraph 279, Schedule G, § 1, c. 11, Tariff Act July 24, 1897, 30 Stat. 172 [U. S. Comp. St. 1901, p. 1652]. The Board of General Appraisers found it to consist of refined wool grease, being a product of wool grease from which the mineral matter and the natural odor had been eliminated, and affirmed the assessment. In the Circuit Court the importers introduced the testimony of several witnesses, showing that the article was a high grade of grease that was dealt in commercially as wool grease; its superior quality being due to the improved process by which it was obtained.

Jacob Fromme, for importers.

Charles D. Baker, Asst. U. S. Atty.

WHEELER, District Judge. The decision of the Board of General Appraisers is reversed.